**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____  Chapter    7

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | J & M Music, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-0743598 |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2630 W. Baseline Road<br>Mesa, AZ 85202 | c/o Jon Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Maricopa | **Location of principal assets, if different from principal place of business** |
| County | 2632 W. Baseline Road Mesa, AZ 85202 |
| | Number, Street, City, State & ZIP Code |

**5.    Debtor's website** (URL)      none

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

4511

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Jonathan Paul Escobedo | | Relationship | | President |
| District | Arizona | When | Case number, if known | | unkn |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

　　　Contact name _____

　　　Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☑ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/09/2024
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD / YYYY

**X** /s/ Jon Paul Escobedo
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of authorized representative of debtor

Jon Paul Escobedo
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Email Address of debtor

Title    President/Director/Shareholder
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**18. Signature of attorney**

**X** /s/ James F. Kahn
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of attorney for debtor

Date    5/09/2024
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
MM / DD / YYYY

James F. Kahn 003063
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

Kahn & Ahart, PLLC
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

Bankruptcy Legal Center™
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012-1266
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone    602-266-1717    Email address    James.Kahn@azbk.biz

003063 AZ
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   PayPal | Conduit | 7UHN | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

| | |
| --- | --- |
| 4.1.   American Express/Amazon Credit Card Reward Points | Unknown |

5.   **Total of Part 1.** | $0.00 |
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. Does the debtor have any accounts receivable?

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | J & M Music, Inc. | Case number (If known) | |
|--------|-------------------|------------------------|---|
| | Name | | |

**Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Sheet music books located at 2632 W. Baseline Road, Mesa, AZ 85202 | unkn | $97,118.21 | bulk sale est. | $58,226.52 |

23. **Total of Part 5.** $58,226.52

Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---|-------------------------------------------------------|------------------------------------------|-------------------------------------|

| 39. | **Office furniture**<br>Chairs, desks, file cabinets, miscellaneous office material. | $466.83 | Liquidation | $466.43 |

| 40. | **Office fixtures** | | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Old computers and telephones | Unknown | Liquidation | $300.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $766.43 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  2630 W. Baseline Road, Mesa, Arizona 85202 | Leasehold Interest | Unknown | Liquidation | Unknown |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $0.00 |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** the-music-store.com alvarezguitarsaz.com (expired with listing to sell posted) andersonguitarsaz.com ibanezguitarsaz.com sheetmusicexperts.com tomandersonguitarsaz.com ukulelesaz.com @themusicstoreaz @themusicstore | Unknown | Liquidation | Unknown |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** Customer List | Unknown | Liquidation | Unknown |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    | $0.00 |
    |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Potential Employee Retention Credit (submitted September, 2023)
Value: $42,000 less third-party processor's fee.          Unknown

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | J & M Music, Inc. | Case number (If known) | |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $58,226.52 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $766.43 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $58,992.95 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $58,992.95 |

Debtor name    J & M Music, Inc.

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Chan Et Al**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>2630 W. Baseline Road, Mesa, Arizona, 85202 | $13,360.00 | $0.00 |
| c/o Victor Ong<br>PO Box 10146<br>Phoenix, AZ 85064<br>Creditor's mailing address | Describe the lien<br>Arizona landlord's lien, if any<br>**Is the creditor an insider or related party?** | | |
| Jade288llc@gmail.com<br>Creditor's email address, if known | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>2/2024-5/2024<br>**Last 4 digits of account number**<br>unkn | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2** **Itria Ventures, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>Trade Debt (Judgment) | $30,264.96 | $0.00 |
| One Penn Plaza, Suite 3101<br>New York, NY 10119<br>Creditor's mailing address | Describe the lien<br>UCC1 Financing Statements filed 12/8/2022 & 4/19/2023<br>**Is the creditor an insider or related party?** | | |
| legal@biz2credit.com<br>Creditor's email address, if known | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** | | |
| **Date debt was incurred**<br>4/2023<br>**Last 4 digits of account number**<br>unkn | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
■ Unliquidated
☐ Disputed

_____

| 2.3 | Merri G. Lewter, Trustee | Describe debtor's property that is subject to a lien | $42,000.00 | Unknown |

Creditor's Name

Merri G. Lewter Trust
4446 E. Graythorn Street
Phoenix, AZ 85044
Creditor's mailing address

Buyout of former co-owner's business shares

**Describe the lien**
UCC1 Financing Statement filed 2/23/2022

**Is the creditor an insider or related party?**

mlgroup@cox.net

Creditor's email address, if known

☐ No
■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
2018

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
unkn

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

_____

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $85,624.96

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Biz2Credit, Inc.<br>Attn: Jonathan Gitlin, Esq.<br>One Penn Plaza, Suite 3101<br>New York, NY 10119 | Line 2.2 | |
| Biz2Credit, Inc.<br>251 Little Falls Drive<br>Suite 4530<br>Wilmington, DE 19808 | Line 2.2 | |
| Ilganayev Law Firm, PLLC<br>Attn: Migir Ilganayev, Esq.<br>139 Fulton Street, Suite 801<br>New York, NY 10038 | Line 2.2 | |
| Itria Ventures, LLC<br>c/o Corporation Service Co.<br>8825 N. 23rd Avenue, Suite 100<br>Phoenix, AZ 85021 | Line 2.2 | |
| Itria Ventures, LLC<br>1 Penn Plaza - 45th Floor<br>New York, NY 10119 | Line 2.2 | |

Itria Ventures, LLC
1000 N. West Street, #1200
Wilmington, DE 19801

Line 2.2

Fill in this information to identify the case:

Debtor name _____ J & M Music, Inc.

United States Bankruptcy Court for the: _____ DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Arizona Dept. of Revenue<br>c/o Tax, Bankruptcy, and<br>Collection Section<br>2005 N. Central Ave., Suite 100<br>Phoenix, AZ 85004 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| | Last 4 digits of account number <u>3598</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Notice only | | |
| | Last 4 digits of account number <u>3598</u><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

Case 2:24-bk-03675-MCW    Doc 1    Filed 05/09/24    Entered 05/09/24 19:36:09    Desc
Main Document      Page 14 of 43

51197

| Debtor | J & M Music, Inc. | Case number (if known) | |
|--------|-------------------|------------------------|--|
| | Name | | |

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,896.81 |
|---|---|---|---|

Alfred Music
285 Century Place
Suite 100
Louisville, CO 80027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** 0200

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34,767.22 |
|---|---|---|---|

American Express/Amazon
PO Box 981535
El Paso, TX 79998

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2004-2024

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** 1003

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,143.75 |
|---|---|---|---|

Austin Ramsey
PO Box 12288
Tempe, AZ 85284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2022

**Basis for the claim:** Consignment

**Last 4 digits of account number** unkn

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,232.24 |
|---|---|---|---|

Bank of America
PO Box 15284
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 0539

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,868.19 |
|---|---|---|---|

Bank of America
PO Box 15284
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 3654

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $6,470.66 |
|---|---|---|---|

Bank of America
PO Box 15284
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 5563

Is the claim subject to offset? ■ No ☐ Yes

---

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,077.39 |
|---|---|---|---|

Bank of America
PO Box 15284
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 5922

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.00 |

Beckenhorst Press
960 Old Henderson Road
Columbus, OH 43220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** US39

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,812.55 |

Chase
P.O. Box 15298
Wilmington, DE 19850

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 8313

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,977.29 |

Citibank
PO Box 6763
Sioux Falls, SD 57117

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 2273

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.43 |

Conn-Selmer, Inc
600 Industrial Pkwy
Elkhart, IN 46516

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/2023

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** 4074

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,435.73 |

Cox Business
PO Box 1259
Dept. #102285
Oaks, CA 19456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/2024

**Basis for the claim:** Internet and telephone

**Last 4 digits of account number** 9101

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,245.98 |

Desert Financial Credit Union
PO Box 6335
Fargo, ND 58125

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 6213

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,209.73 |

Discover
PO Box 30923
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2004-2024

**Basis for the claim:** Credit Card

**Last 4 digits of account number** 2326

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15**

**Nonpriority creditor's name and mailing address**
Dominic Padretti
11303 E. Renfield Avenue
Mesa, AZ 85212

**Date(s) debt was incurred**  10/2023

**Last 4 digits of account number**  unkn

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$170.50

---

**3.16**

**Nonpriority creditor's name and mailing address**
GIA Publications, Inc.
7404 S. Mason Avenue
Chicago, IL 60638

**Date(s) debt was incurred**  8/2023

**Last 4 digits of account number**  0852

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,323.70

---

**3.17**

**Nonpriority creditor's name and mailing address**
Hal Leonard
1210 Innovation Drive
Winona, MN 55987

**Date(s) debt was incurred**  4/2023

**Last 4 digits of account number**  4023

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$6,032.33

---

**3.18**

**Nonpriority creditor's name and mailing address**
Jonathan Paul Escobedo
10432 W. Catalina Drive
Avondale, AZ 85392

**Date(s) debt was incurred**  2017

**Last 4 digits of account number**  n/a

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Loan

Is the claim subject to offset? ■ No ☐ Yes

$174,341.19

---

**3.19**

**Nonpriority creditor's name and mailing address**
JR Markson Security
PO Box 15007
Mesa, AZ 85211

**Date(s) debt was incurred**  7/2023

**Last 4 digits of account number**  unkn

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$158.97

---

**3.20**

**Nonpriority creditor's name and mailing address**
JW Pepper & Son, Inc.
191 Sherec Boulevard
Exton, PA 19341

**Date(s) debt was incurred**  1/2024

**Last 4 digits of account number**  9423

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$360.89

---

**3.21**

**Nonpriority creditor's name and mailing address**
Kathleen Newton
IGPC Tax and Accounting
1328 W. Lobo Avenue
Mesa, AZ 85202

**Date(s) debt was incurred**  2022

**Last 4 digits of account number**  unkn

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,803.63 |
|---|---|---|---|

**3.22**

**Nonpriority creditor's name and mailing address**
Neil A. Kjos Music Company
4382 Jutland Drive
San Diego, CA 92177

**Date(s) debt was incurred**  7/2023
**Last 4 digits of account number**  4197

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$1,803.63**

---

**3.23**

**Nonpriority creditor's name and mailing address**
Salt River Project
Customer Credit Services
PO Box 52025
Phoenix, AZ 85072

**Date(s) debt was incurred**  12/2023
**Last 4 digits of account number**  1004;1005;1006;6007

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Electricity

Is the claim subject to offset? ■ No  ☐ Yes

**$832.18**

---

**3.24**

**Nonpriority creditor's name and mailing address**
Sam's Club/Synchrony
Attn: Bankruptcy Dept
PO Box 71783
Philadelphia, PA 19176

**Date(s) debt was incurred**  2022-2024
**Last 4 digits of account number**  6191

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Credit Card

Is the claim subject to offset? ■ No  ☐ Yes

**$8,337.95**

---

**3.25**

**Nonpriority creditor's name and mailing address**
St. Louis Music
1400 Ferguson Avenue
Saint Louis, MO 63133

**Date(s) debt was incurred**  2023
**Last 4 digits of account number**  STAZ

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$271.35**

---

**3.26**

**Nonpriority creditor's name and mailing address**
Theodore Presser Company
105 Great Valley Parkway
Malvern, PA 19355

**Date(s) debt was incurred**  5/2023
**Last 4 digits of account number**  0984

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$3,912.81**

---

**3.27**

**Nonpriority creditor's name and mailing address**
Travelers Premium Audit
PO Box 2927
Hartford, CT 06104

**Date(s) debt was incurred**  3/6/2024
**Last 4 digits of account number**  7153

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**$139.00**

---

**3.28**

**Nonpriority creditor's name and mailing address**
U.S. Band & Orchestra Supplies
1400 Ferguson Avenue
St. Louis, MO 63133

**Date(s) debt was incurred**  12/2023
**Last 4 digits of account number**  STAZ

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Debt

Is the claim subject to offset? ■ No  ☐ Yes

**$2,353.12**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,518.82 |
|---|---|---|---|

**Unknown Gift Certificate Holders**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** unkn

**Last 4 digits of account number** unkn

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

US Small Business Admin
509 3rd Street
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2020

**Last 4 digits of account number** unkn

**Basis for the claim:** PPP Loan ($42,000)
Believed to have been forgiven

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

US Small Business Admin
509 3rd Street
Washington, DC 20416

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2020

**Last 4 digits of account number** unkn

**Basis for the claim:** PPP Loan ($27,000)
Believed to have been forgiven

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,025.67 |
|---|---|---|---|

Valley Music Distributors
40 W. Baseline Road
Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/2023

**Last 4 digits of account number** unkn

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,867.75 |
|---|---|---|---|

Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022-2024

**Last 4 digits of account number** 2574

**Basis for the claim:** Credit Card

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,449.94 |
|---|---|---|---|

Yamaha Corp. of America
6600 Orangethorpe Avenue
Buena Park, CA 90620

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Last 4 digits of account number** 6307

**Basis for the claim:** Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case 2:24-bk-03675-MCW    Doc 1    Filed 05/09/24    Entered 05/09/24 19:36:09    Desc
Main Document        Page 19 of 43

| Debtor | J & M Music, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | American Express<br>PO Box 981531<br>El Paso, TX 79998-1535 | Line <u>3.2</u><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Bank of America<br>PO Box 672050<br>Dallas, TX 75267 | Line <u>3.4</u><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Bank of America<br>PO Box 672050<br>Dallas, TX 75267 | Line <u>3.5</u><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Bank of America<br>PO Box 672050<br>Dallas, TX 75267 | Line <u>3.6</u><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Bank of America<br>PO Box 672050<br>Dallas, TX 75267 | Line <u>3.7</u><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Chase<br>Po Box 15299<br>Wilmington, DE 19850 | Line <u>3.9</u><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Cox Business<br>1550 W. Deer Valley Road<br>Phoenix, AZ 85027 | Line <u>3.12</u><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Elan Financial Services<br>PO Box 6335<br>Fargo, ND 58125 | Line <u>3.13</u><br>☐ Not listed. Explain ____ | _ |
| 4.9 | Hal Leonard<br>PO Box 227<br>Winona, MN 55987 | Line <u>3.17</u><br>☐ Not listed. Explain ____ | _ |
| 4.10 | Jonathan Neil & Assoc. Inc.<br>Attn: Ken Mathews<br>18321 Ventura Boulevard<br>Suite 1000<br>Tarzana, CA 91356 | Line <u>3.34</u><br>☐ Not listed. Explain ____ | _ |
| 4.11 | Neil A. Kjos Music Company<br>PO Box 178270<br>San Diego, CA 92177 | Line <u>3.22</u><br>☐ Not listed. Explain ____ | _ |
| 4.12 | Rauch-Milliken<br>International, Inc.<br>PO Box 8390<br>Metairie, LA 70011 | Line <u>3.11</u><br>☐ Not listed. Explain ____ | _ |
| 4.13 | Salt River Project<br>1500 N. Mill Avenue<br>Tempe, AZ 85281 | Line <u>3.23</u><br>☐ Not listed. Explain ____ | _ |

| Debtor | J & M Music, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | Sam's Club/Synchrony<br>2101 SE Simple Savings Dr.<br>Bentonville, AR 72712 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.15 | Sam's Club/Synchrony<br>PO Box 71726<br>Philadelphia, PA 19176 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.16 | Sam's Club/Synchrony<br>PO Box 71725<br>Philadelphia, PA 19176 | Line 3.24<br>☐ Not listed. Explain ____ | _ |
| 4.17 | St. Louis Music<br>1400 Ferguson Avenue<br>St. Louis, MO 63133 | Line 3.28<br>☐ Not listed. Explain ____ | _ |
| 4.18 | U.S. Small Business Administration<br>10737 Gateway West #300<br>El Paso, TX 79935 | Line 3.31<br>☐ Not listed. Explain ____ | _ |
| 4.19 | US Small Business Admin<br>10737 Gateway West #300<br>El Paso, TX 79935 | Line 3.30<br>☐ Not listed. Explain ____ | _ |
| 4.20 | Wells Fargo Bank<br>PO Box 522<br>Des Moines, IA 50306 | Line 3.33<br>☐ Not listed. Explain ____ | _ |
| 4.21 | Wells Fargo Bank<br>PO Box 393<br>Minneapolis, MN 55480 | Line 3.33<br>☐ Not listed. Explain ____ | _ |
| 4.22 | Wells Fargo Bank<br>Small Business Lending<br>4601 E. 2nd Street<br>Long Beach, CA 90803 | Line 3.30<br>☐ Not listed. Explain ____ | _ |
| 4.23 | Wells Fargo Bank<br>PO Box 51193<br>Los Angeles, CA 90051 | Line 3.30<br>☐ Not listed. Explain ____ | _ |
| 4.24 | Wells Fargo Bank<br>PO Box 51193<br>Los Angeles, CA 90051 | Line 3.31<br>☐ Not listed. Explain ____ | _ |
| 4.25 | Wells Fargo Bank<br>Small Business Lending<br>4601 E. 2nd Street<br>Long Beach, CA 90803 | Line 3.31<br>☐ Not listed. Explain ____ | _ |

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| Debtor | J & M Music, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 384,967.77 |
| | | | | |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | 384,967.77 |

Fill in this information to identify the case:

Debtor name     J & M Music, Inc.

United States Bankruptcy Court for the:     DISTRICT OF ARIZONA

Case number (if known)     _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
        (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|        List the contract number of any government contract   _____ | _____ |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|        List the contract number of any government contract   _____ | _____ |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|        List the contract number of any government contract   _____ | _____ |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest |  |
|        State the term remaining |  |
|        List the contract number of any government contract   _____ | _____ |

Debtor name        J & M Music, Inc.

United States Bankruptcy Court for the:        DISTRICT OF ARIZONA

Case number (if known)        _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Itria Ventures, LLC | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | American Express/Amazon | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.3 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Bank of America | ☐ D _____ <br> ■ E/F ___3.4___ <br> ☐ G _____ |
| 2.4 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Desert Financial Credit Union | ☐ D _____ <br> ■ E/F ___3.13___ <br> ☐ G _____ |
| 2.5 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Discover | ☐ D _____ <br> ■ E/F ___3.14___ <br> ☐ G _____ |

| Debtor | J & M Music, Inc. | Case number *(if known)* | |

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Chase | ☐ D _____<br>■ E/F  3.9<br>☐ G _____ |
| 2.7 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Sam's Club/Synchrony | ☐ D _____<br>■ E/F  3.24<br>☐ G _____ |
| 2.8 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Wells Fargo Bank | ☐ D _____<br>■ E/F  3.33<br>☐ G _____ |
| 2.9 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Merri G. Lewter, Trustee | ■ D  2.3<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Bank of America | ☐ D _____<br>■ E/F  3.5<br>☐ G _____ |
| 2.11 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Bank of America | ☐ D _____<br>■ E/F  3.6<br>☐ G _____ |
| 2.12 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Bank of America | ☐ D _____<br>■ E/F  3.7<br>☐ G _____ |
| 2.13 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | US Small Business Admin | ☐ D _____<br>■ E/F  3.30<br>☐ G _____ |

| Debtor | J & M Music, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | US Small Business Admin | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.15 | Jonathan Paul Escobedo | 10432 W. Catalina Drive Avondale, AZ 85392 | Chan Et Al | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.16 | Merri G. Lewter, Trustee | Merri G. Lewter Trust 4446 E. Graythorn Street Phoenix, AZ 85044 | US Small Business Admin | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.17 | Merri G. Lewter, Trustee | Merri G. Lewter Trust 4446 E. Graythorn Street Phoenix, AZ 85044 | US Small Business Admin | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |

Fill in this information to identify the case:

Debtor name    J & M Music, Inc.

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................   $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................   $ _____58,992.95

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................   $ _____58,992.95

| Part 2: | **Summary of Liabilities** |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____85,624.96

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$ _____384,967.77

4. Total liabilities ........................................................................................................
    Lines 2 + 3a + 3b             $ _____470,592.73

Case 2:24-bk-03675-MCW   Doc 1   Filed 05/09/24   Entered 05/09/24 19:36:09   Desc
Main Document   Page 27 of 43

**Fill in this information to identify the case:**

Debtor name    J & M Music, Inc.

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/09/2024      **X** /s/ Jon Paul Escobedo
                                Signature of individual signing on behalf of debtor

                                  Jon Paul Escobedo
                                  Printed name

                                  President/Director/Shareholder
                                  Position or relationship to debtor

Debtor name    J & M Music, Inc.

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 1/01/2024 to Filing Date | ■ Operating a business<br>☐ Other _____ | $58,355.93 |
| For prior year:<br>From 1/01/2023 to 12/31/2023 | ■ Operating a business<br>☐ Other _____ | $529,914.00 |
| For year before that:<br>From 1/01/2022 to 12/31/2022 | ■ Operating a business<br>☐ Other _____ | $637,276.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Merri G. Lewter, Trustee<br>Merri G. Lewter Trust<br>4446 E. Graythorn Street<br>Phoenix, AZ 85044<br>Former co-owner | 2/12/2024<br>($100.00)<br>2/5/2024<br>($100.00)<br>1/16/2024<br>($952.53)<br>12/27/2023<br>($952.53)<br>12/14/2023<br>($952.53)<br>10/27/2023<br>($952.53)<br>10/13/2023<br>($925.53)<br>9/29/2023<br>($952.53)<br>9/15/2023<br>($952.53)<br>8/31/2023<br>($952.53)<br>8/11/2023<br>($952.53)<br>7/28/2023<br>($952.53)<br>7/21/2023<br>($952.53)<br>6/30/2023<br>($952.53)<br>6/12/2023<br>($952.53)<br>5/26/2023<br>($952.53)<br>5/12/2023<br>($952.53) | $14,487.95 | Payments for buyout of business shares |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.    Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392<br>President/Director/Shareholder | 3/12/2024<br>($6,983.00)<br>3/12/2024<br>($1,413.61)<br>3/12/2024<br>($1,371.09)<br>3/11/2024<br>($1,371.09)<br>3/11/2024<br>($1,413.61)<br>2/29/2024<br>($1,371.10)<br>2/22/2024<br>($1,371.08)<br>2/22/2024<br>($1,371.10)<br>2/22/2024<br>($1,413.60)<br>2/22/2024<br>($1,413.61)<br>2/22/2024<br>($1,371.10)<br>12/26/2023<br>($1,413.61) | $22,277.60 | To replace stale-dated payroll checks |
| 4.3.    Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392<br>President/Director/Shareholder | 1/18/2024<br>($100.00)<br>1/16/2024<br>($100.00)<br>1/16/2024<br>($300.00)<br>1/9/2024<br>($100.00)<br>1/4/2024<br>($100.00)<br>1/3/2024<br>($100.00)<br>1/2/2024<br>($100.00)<br>12/28/2024<br>($100.00)<br>12/21/2024<br>($170.00)<br>12/20/2023<br>($200.00)<br>12/19/2023<br>($200.00)<br>12/15/2023<br>($225.00)<br>12/11/2023<br>($200.00) | $1,995.00 | Loan payments |
| 4.4.    Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392<br>President/Director/Shareholder | 2/9/2024<br>($575.00)<br>2/7/2024<br>($200.00) | $775.00 | Reimbursement for payroll paid to employees by Mr. Escobedo personally |
| 4.5.    Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392<br>President/Director/Shareholder | 5/2024 | $3,517.37 | Current wages |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Chan Et Al<br>c/o Victor Ong<br>PO Box 10146<br>Phoenix, AZ 85064 | All furniture, fixtures, and inventory | 2/20/2024 | $58,226.52 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Itria Ventures, LLC<br>v.<br>J & M Music, Inc. dba The Music Store and<br>Jon Paul Escobedo<br>#535351 / 2023 | Civil | Supreme Court of the State of New York<br>360 Adams Street #4<br>Brooklyn, NY 11201 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Losses from shoplifting. Inventory not taken. | None | 5/2023-5/2024 | Unknown |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Kahn & Ahart, PLLC<br>Bankruptcy Legal Center<br>301 E. Bethany Home Road, #C-195<br>Phoenix, AZ 85012 | Attorneys' Fees ($2,800); Costs ($360) | 2/2024 | $3,160.00 |
| **Email or website address**<br>www.bankruptcylegalcenteraz.com | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392 | 2011 Toyota Venza | 2/2024 | $4,536.00 |
| **Relationship to debtor**<br>Owner | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.2. | Brindley's Music Center 836 N. Arizona Avenue Chandler, AZ 85225 | Instruments, amplifiers, music stands, straps, reeds, instrument cases, metronomes, accessories, and books | 2/2024-3/2024 | $24,164.39 |
| | **Relationship to debtor** None | | | |
| 13.3. | Tracy Kimbrell 2350 W. El Moro Circle Mesa, AZ 85202 | Chairs, music stands, amplifiers, pianos, and cabinets. | 2/2024 | $1,000.00 |
| | **Relationship to debtor** Music teacher | | | |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor   J & M Music, Inc.                                      Case number *(if known)*

---

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JP Morgan Chase, N.A.<br>PO Box 182051<br>Columbus, OH 43218 | XXXX-3960 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/8/2024 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392 | Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392 | 12 boxes of records | ☐ No<br>■ Yes |

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Kiser Tax and Accounting<br>4450 S. Rural Road<br>Tempe, AZ 85282 | 5/2022-current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   Kiser Tax and Accounting<br>4450 S. Rural Road<br>Tempe, AZ 85282 | 5/2022-current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|---------------------------------------------------------------------|
| 26c.1. Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392 | Jonathan Paul Escobedo has access to all business records. |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|------------------|
| 26d.1. Itria Ventures, LLC<br>One Penn Plaza, Suite 3101<br>New York, NY 10119 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|-------------------------------------------------------------------------------|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|--------------------------------------|------------------------|
| Jon Paul Escobedo | 10432 W. Catalina Drive<br>Avondale, AZ 85392 | President/Director/Shareholder | 100% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|-------------------------------------------------------|-------|--------------------------------|
| 30.1. Merri G. Lewter, Trustee<br>Merri G. Lewter Trust<br>4446 E. Graythorn Street<br>Phoenix, AZ 85044 | See Section 4.1 | 5/2023-5/2024 | Payment for buyout of business shares |
| Relationship to debtor<br>Former co-owner | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Jonathan Paul Escobedo<br>10432 W. Catalina Drive<br>Avondale, AZ 85392 | See sections 4.2, 4.3, 4.4, and 4.5 | 5/2023-5/2024 | Stale-dated payroll checks; loan payment; reimburse for covering payroll shortages |
| | **Relationship to debtor**<br>President/Director/Shareholder | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___5/09/2024___

/s/ Jon Paul Escobedo                                 Jon Paul Escobedo
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor ___President/Director/Shareholder___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re  J & M Music, Inc.

Case No. _____

Debtor(s)

Chapter  7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................... $ _____ 2,800.00

Prior to the filing of this statement I have received .......................... $ _____ 2,800.00

Balance Due ............................................................................ $ _____ 0.00

2.  The source of the compensation paid to me was:

☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
Initial client conference including analysis of Debtor's financial situation and advice and assistance in determining whether to file a Petition for Bankruptcy; preparation of voluntary Petition in Bankruptcy; assistance in preparation of Statement of Affairs; assistance in preparation of Schedules of Assets and Liabilities; assistance in preparation of Schedule of Exempt Property (individuals only); preparation of Clerk's Master Mailing List; affidavit of petitioner's counsel; representation at first Meeting of Creditors; telephone conferences with Debtor, Debtor's Trustee, Trustee's counsel, Debtor's creditors, or any other interested parties relating to Debtor's case; and post petition storage of the legal file for the applicable time period.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Any additional services (not listed above) will be billed at our standard hourly rates.  Services pertaining to reaffirmation are not included, but are available upon request for an additional fee.

| CERTIFICATION |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

5/09/2024

*Date*

/s/ James F. Kahn

James F. Kahn 003063

*Signature of Attorney*

Kahn & Ahart, PLLC
Bankruptcy Legal Center™
301 E. Bethany Home Road, Suite C-195
Phoenix, AZ 85012-1266
602-266-1717  Fax: 602-266-2484
James.Kahn@azbk.biz

*Name of law firm*

## United States Bankruptcy Court
### District of Arizona

In re  J & M Music, Inc.

Debtor(s)

Case No.

Chapter  7

☐ Check if this is an
Amended/Supplemental Mailing List
(Include only newly added or
changed creditors.)

# MAILING LIST DECLARATION

I, the President/Director/Shareholder of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __3__ sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date:  5/09/2024

/s/ Jon Paul Escobedo
Jon Paul Escobedo/President/Director/Shareholder
Signer/Title

MML_Requirements_8-2018

MML-3

ALFRED MUSIC
285 CENTURY PLACE
SUITE 100
LOUISVILLE CO 80027

CHAN ET AL
C/O VICTOR ONG
PO BOX 10146
PHOENIX AZ 85064

J & M Music, Inc. -
ELAN FINANCIAL SERVICES
PO BOX 6335
FARGO ND 58125

AMERICAN EXPRESS
PO BOX 981531
EL PASO TX 79998-1535

CHASE
P.O. BOX 15298
WILMINGTON DE 19850

GIA PUBLICATIONS, INC.
7404 S. MASON AVENUE
CHICAGO IL 60638

AMERICAN EXPRESS/AMAZON
PO BOX 981535
EL PASO TX 79998

CHASE
PO BOX 15299
WILMINGTON DE 19850

HAL LEONARD
1210 INNOVATION DRIVE
WINONA MN 55987

ARIZONA DEPT. OF REVENUE
C/O TAX, BANKRUPTCY, AND
COLLECTION SECTION
2005 N. CENTRAL AVE., SUITE 100
PHOENIX AZ 85004

CITIBANK
PO BOX 6763
SIOUX FALLS SD 57117

HAL LEONARD
PO BOX 227
WINONA MN 55987

AUSTIN RAMSEY
PO BOX 12288
TEMPE AZ 85284

CONN-SELMER, INC
600 INDUSTRIAL PKWY
ELKHART IN 46516

ILGANAYEV LAW FIRM, PLLC
ATTN: MIGIR ILGANAYEV, ESQ.
139 FULTON STREET, SUITE 801
NEW YORK NY 10038

BANK OF AMERICA
PO BOX 15284
WILMINGTON DE 19850

COX BUSINESS
PO BOX 1259
DEPT. #102285
OAKS CA 19456

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

BANK OF AMERICA
PO BOX 672050
DALLAS TX 75267

COX BUSINESS
1550 W. DEER VALLEY ROAD
PHOENIX AZ 85027

ITRIA VENTURES, LLC
ONE PENN PLAZA, SUITE 3101
NEW YORK NY 10119

BECKENHORST PRESS
960 OLD HENDERSON ROAD
COLUMBUS OH 43220

DESERT FINANCIAL CREDIT UNION
PO BOX 6335
FARGO ND 58125

ITRIA VENTURES, LLC
C/O CORPORATION SERVICE CO.
8825 N. 23RD AVENUE, SUITE 10
PHOENIX AZ 85021

BIZ2CREDIT, INC.
ATTN: JONATHAN GITLIN, ESQ.
ONE PENN PLAZA, SUITE 3101
NEW YORK NY 10119

DISCOVER
PO BOX 30923
SALT LAKE CITY UT 84130

ITRIA VENTURES, LLC
1000 N. WEST STREET, #1200
WILMINGTON DE 19801

BIZ2CREDIT, INC.
251 LITTLE FALLS DRIVE
SUITE 4530
WILMINGTON DE 19808

DOMINIC PADRETTI
11303 E. RENFIELD AVENUE
MESA AZ 85212

ITRIA VENTURES, LLC
1 PENN PLAZA - 45TH FLOOR
NEW YORK NY 10119

JONATHAN NEIL & ASSOC. INC.
ATTN: KEN MATHEWS
18321 VENTURA BOULEVARD
SUITE 1000
TARZANA CA 91356

SALT RIVER PROJECT
1500 N. MILL AVENUE
TEMPE AZ 85281

J & M Music, Inc. -
U.S. SMALL BUSINESS ADMINIST
10737 GATEWAY WEST #300
EL PASO TX 79935

JONATHAN PAUL ESCOBEDO
10432 W. CATALINA DRIVE
AVONDALE AZ 85392

SAM'S CLUB/SYNCHRONY
ATTN: BANKRUPTCY DEPT
PO BOX 71783
PHILADELPHIA PA 19176

UNKNOWN GIFT CERTIFICATE H

JR MARKSON SECURITY
PO BOX 15007
MESA AZ 85211

SAM'S CLUB/SYNCHRONY
2101 SE SIMPLE SAVINGS DR.
BENTONVILLE AR 72712

US SMALL BUSINESS ADMIN
509 3RD STREET
WASHINGTON DC 20416

JW PEPPER & SON, INC.
191 SHEREC BOULEVARD
EXTON PA 19341

SAM'S CLUB/SYNCHRONY
PO BOX 71725
PHILADELPHIA PA 19176

US SMALL BUSINESS ADMIN
10737 GATEWAY WEST #300
EL PASO TX 79935

KATHLEEN NEWTON
IGPC TAX AND ACCOUNTING
1328 W. LOBO AVENUE
MESA AZ 85202

SAM'S CLUB/SYNCHRONY
PO BOX 71726
PHILADELPHIA PA 19176

VALLEY MUSIC DISTRIBUTORS
40 W. BASELINE ROAD
MESA AZ 85210

MERRI G. LEWTER, TRUSTEE
MERRI G. LEWTER TRUST
4446 E. GRAYTHORN STREET
PHOENIX AZ 85044

ST. LOUIS MUSIC
1400 FERGUSON AVENUE
SAINT LOUIS MO 63133

WELLS FARGO BANK
420 MONTGOMERY STREET
SAN FRANCISCO CA 94104

NEIL A. KJOS MUSIC COMPANY
4382 JUTLAND DRIVE
SAN DIEGO CA 92177

ST. LOUIS MUSIC
1400 FERGUSON AVENUE
ST. LOUIS MO 63133

WELLS FARGO BANK
PO BOX 522
DES MOINES IA 50306

NEIL A. KJOS MUSIC COMPANY
PO BOX 178270
SAN DIEGO CA 92177

THEODORE PRESSER COMPANY
105 GREAT VALLEY PARKWAY
MALVERN PA 19355

WELLS FARGO BANK
PO BOX 393
MINNEAPOLIS MN 55480

RAUCH-MILLIKEN
INTERNATIONAL, INC.
PO BOX 8390
METAIRIE LA 70011

TRAVELERS PREMIUM AUDIT
PO BOX 2927
HARTFORD CT 06104

WELLS FARGO BANK
PO BOX 51193
LOS ANGELES CA 90051

SALT RIVER PROJECT
CUSTOMER CREDIT SERVICES
PO BOX 52025
PHOENIX AZ 85072

U.S. BAND & ORCHESTRA SUPPLIES
1400 FERGUSON AVENUE
ST. LOUIS MO 63133

WELLS FARGO BANK
SMALL BUSINESS LENDING
4601 E. 2ND STREET
LONG BEACH CA 90803

J & M Music, Inc. -

YAMAHA  CORP.  OF  AMERICA
6600  ORANGETHORPE  AVENUE
BUENA PARK CA 90620